# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| **RHETT BANKER PHARES,** Individually and as Next Friend of LNP, a Minor, | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 1:11-CV-403 |
| **HARRY BAKER PHARES,** *et al.*, | § § § | |
| *Defendants*. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred this matter to United States Magistrate Judge Keith F. Giblin for consideration of and recommended disposition on case-dispositive pretrial motions. On October 13, 2011, Judge Giblin issued his report and recommendation in which he recommended that the Court dismiss this action, *sua sponte*, for want of prosecution. No party has objected to the report.

The court **ORDERS** that the magistrate judge's Report and Recommendation on Dismissal for Want of Prosecution [doc. #8] is **ADOPTED**. The court further ORDERS that the plaintiff's claims are **DISMISSED** in their entirety, without prejudice, for want of prosecution. The Clerk is directed to close this case.

So **ORDERED** and **SIGNED** this **8** day of **November, 2011.**

_____
Ron Clark, United States District Judge